1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Albert Marcellus Taylor, | Case No. 2:25-cv-00840-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Pro se Plaintiff moves to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). ECF No. 1. Section 1915(a) requires a plaintiff to submit an affidavit showing an inability to prepay fees or costs or give security for them. In addition, Local Special Rule 1-1 requires persons applying to proceed IFP to submit an application "made on the form provided by the court [that] include[s] a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Here, Plaintiff used the incorrect application form. Accordingly, this Court must deny his application to proceed IFP without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court kindly send Plaintiff: (1) a copy of this Order; (2) the approved form application to proceed *in forma pauperis*; and (3) the document titled "Information and Instructions for Filing an In Forma Pauperis Application."

**IT IS FURTHER ORDERED** that Plaintiff must complete and file the attached application to proceed *in forma pauperis* by July 7, 2025.

DATED: June 6, 2025

_____

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE