**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Albert Marcellus Taylor, | Case No. 2:25-cv-00840-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se. After he paid the filing fee and filed a complaint, the Court set October 5, 2025, as the deadline for proof of service. ECF Nos. 6 and 8. Plaintiff has served all Defendants except MedicWest Ambulance, Inc. ECF No. 10. On October 5, 2025, Plaintiff filed a supplement in which he explained that he had served MedicWest via certified mail. ECF No. 43. But certified mail does not constitute proper service of a corporation under Federal Rule of Civil Procedure 4(h). *See Brooks v. Wanker*, No. 2:19-CV-00973-APG-CWH, 2019 WL 4261855, at \*1 (D. Nev. Sept. 9, 2019) ("[A] plaintiff cannot serve a defendant by certified mail under either federal or Nevada law."). Even if certified mail could suffice, Plaintiff did not provide signed, certified returns. *See id.* Therefore, Plaintiff has missed the deadline to serve MedicWest.

Under Rule 4, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). This Court takes the latter route and orders Plaintiff to serve MedicWest no later than December 22, 2025. Plaintiff must serve MedicWest in accordance with Rule 4. Failure to timely do so will likely result in a recommendation that MedicWest be dismissed without prejudice from the case. *See* Fed. R. Civ. P. 4(m); *see also* Local Rule IA 11-8 (stating that the court may impose any and all appropriate sanctions for failure to comply with its orders).

1    **IT IS THEREFORE ORDERED** that Plaintiff must serve Defendant MedicWest by

2    December 22, 2025.

3

4    DATED: October 22, 2025

5

6    _____

7    BRENDA WEKSLER
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28