**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT TAYLOR, | Case No.: 2:25-cv-00840-APG-NJK |
| Plaintiff | **Order to Show Cause Why This Case Should Not Be Dismissed** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

I previously gave plaintiff Albert Taylor until April 10, 2026 to file a second amended complaint. ECF No. 53 at 10.  Taylor has not done so.

I THEREFORE ORDER that plaintiff Albert Taylor must file a second amended complaint by April 30, 2026.  Failure to do so will result in this case being dismissed without further notice.

DATED this 15th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE