**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT TAYLOR, | Case No.: 2:25-cv-00840-APG-NJK |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants | |

I previously gave plaintiff Albert Taylor until April 10, 2026 to file a second amended complaint. ECF No. 53 at 10.  Taylor did not do so.  Consequently, I ordered him to show cause why this case should not be dismissed. ECF No. 54.  I advised Taylor that if he did not file a second amended complaint by April 30, I would dismiss this case without further notice. *Id.* Taylor did not respond.

I THEREFORE ORDER that this case is dismissed.  The clerk of court is instructed to close this case.

DATED this 7th day of May, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE